O

FILED
CLERK, U.S. DISTRICT COURT

June 5, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KH___ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:        DATE:   DEPUTY CLERK:
Petitioner   6/5/15      klh

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY CASTILLO,<br><br>   Petitioner,<br><br>vs.<br><br>W. WILSON PRESLEY, Warden,<br><br>   Respondent. | Case No. SACV 14-0888-PSG (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition ("FAP"), records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) petitioner's request for an evidentiary hearing is denied; and (2) Judgment be entered denying the FAP and dismissing this action with prejudice.

DATED: June 2, 2015

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE