JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT
June 5, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: KH DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO: DATE: DEPUTY CLERK:
Petitioner  6/5/15  klh

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOEY CASTILLO,

    Petitioner,

vs.

W. WILSON PRESLEY, Warden,

    Respondent.

Case No. SACV 14-0888-PSG (RNB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: June 2, 2015

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE